In the Matter of LONG ISLAND LIGHTING COMPANY, Petitioner, against INCORPORATED VILLAGE OF EAST ROCKAWAY et al., Respondents.— ▮

The board had no power to grant the application. Admittedly the petitioner could not show facts warranting the conclusion that a variance was required because of practical difficulties or unnecessary hardship. (Village Law, § 179-b; *Matter of Otto* v. *Steinhilber*, 282 N. Y. 71, 76.) Acquirement of the plot in the public interest cannot be deemed a substitute for the statutory prerequisite to a variance. (*Matter of New York & Richmond Gas Co.* v. *Connell*, 242 App. Div. 691; *Matter of Hickox* v. *Griffin*, 298 N. Y. 365, 370, 371.) Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See *post*, p. 1023.]